IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
*Bryson City*

FILED
ASHEVILLE, N.C.

JUN 2 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:09CR *18* |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| RICHARD SHANNON UNDERWOOD | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of

Indictment be sealed until the defendant has been arrested.

This the _2nd_ day of _June_, 2009.


_____
UNITED STATES MAGISTRATE JUDGE