

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

FILED
ASHEVILLE, N.C.

JUL 19 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

July 13, 2011

The Honorable Dennis L. Howell
Western District of North Carolina
301 U. S. Courthouse
100 Otis Street
Asheville, NC 28011-2611

RE: Underwood, Richard
    Register Number: 23589-058
    Docket Number:     2:09CR18

Dear Judge Howell:

The above-referenced individual was admitted to the Mental Health Unit of this facility on June 16, 2011 pursuant to the provisions of Title 18, United States Code, Section 4243(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Baugh, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility and extend for an additional 30 days. If this request is granted, the evaluation period will end on August 29, 2011. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

Sara M. Revell, Complex Warden

SMR/blb

(GRANTED)/DENIED (Circle One)

Signature: *Dennis L. Howell*                      DATE: July 15, 2011
         Magistrate Judge Dennis L. Howell

cc: David Thorneloe, Assistant United States Attorney
    Zeyland McKinney, Jr., Defense Attorney